# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| SHANNON MANIFOLD, | ) |
| Plaintiff, | ) |
| v. | ) No. 2:17-cv-02628-SHL-dkv |
| NATIONWIDE SURPLUS, LLC, | ) |
| Defendant. | ) |

## ORDER GRANTING JOINT MOTION FOR APPROVAL OF SETTLEMENT OF FLSA CLAIMS

Before the Court is the Parties' Joint Motion for Approval of FLSA Claims (ECF No. 21), filed on January 24, 2018. Having reviewed the Joint Motion and the Second Revised Settlement Agreement, and being otherwise sufficiently advised;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED**:

1. The Joint Motion for Settlement Approval is **GRANTED**;

2. The Court finds that the Second Revised Settlement Agreement (ECF No. 29) is fair and reasonable to resolve a bona fide dispute, and it is hereby **APPROVED**.

Furthermore, because the Parties filed a Stipulation of Dismissal on April 6, 2018, this matter is hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED,** this 9th day of April, 2018.

                                                s/ Sheryl H. Lipman
                                                SHERYL H. LIPMAN
                                                UNITED STATES DISTRICT JUDGE